COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

 

                                        NO.
2-06-240-CR

 

 

GARY LEE SMITH                                                                APPELLANT

 

                                                   V.

 

THE STATE OF TEXAS                                                                STATE

 

                                              ------------

 

           FROM
THE 372ND DISTRICT COURT OF TARRANT COUNTY

 

                                              ------------

 

                                MEMORANDUM
OPINION[1]

 

                                              ‑‑‑‑‑‑‑‑‑‑‑‑

 

Gary Lee Smith is attempting
to appeal his conviction and sentence for indecency with a child by
contact.  We dismiss the appeal.








The trial court certified
that appellant has waived his right of appeal and provided us a copy of appellant=s written waiver, which appellant signed after being convicted and
sentenced.  On July 24, 2006, we notified
appellant by letter of the trial court=s certification.  Although
appellant has responded to our letter, he does not assert that his waiver is
invalid.

A valid waiver of appeal,
whether negotiated or non‑negotiated, will prevent a defendant from
appealing without the trial court=s consent.[2]   The trial court did not consent to appellant=s appeal in this case. 
Accordingly, we dismiss the appeal.[3]

 

PER CURIAM

 

PANEL
D:  CAYCE, C.J.; LIVINGSTON and
DAUPHINOT, JJ.

 

DO
NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED:  SEPTEMBER 28, 2006

 











[1]See Tex. R. App. P. 47.4.





[2]Monreal
v. State, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003).





[3]Id.;
see Tex. R. App. P. 25.2(d)
(providing that an appeal must be dismissed unless the trial court=s
certification shows that the defendant has the right of appeal).